**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JULIE BARLIA,

Plaintiff,

v.

Case No. 15-10243
Hon. Gerald E. Rosen

MWI VETERINARY SUPPLY, INC.,

Defendant.
_________________________________/

**JUDGMENT OF DISMISSAL**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on January 24, 2017

PRESENT: Honorable Gerald E. Rosen
United States District Judge

The Court having this day entered an opinion and order granting Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED.

s/Gerald E. Rosen
United States District Judge

Dated: January 24, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 24, 2017, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135